**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000287**
**12-DEC-2022**
**07:56 AM**
**Dkt. 55 OAWST**

NO. CAAP-21-0000287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
LSF9 MASTER PARTICIPATION TRUST,
Plaintiff-Appellee,
v.
LAUNANI ASSETS LLC, Defendant-Appellant,
and
NORMAN PAUL TAILELE; PUALANI BY THE SEA
COMMUNITY ASSOCIATION; LOKELANI AT MAʻILI KAI
COMMUNITY ASSOCIATION; and DOES 1 through 20,
inclusive, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 19-1-0336)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, C.J., and Wadsworth and McCullen, JJ.)

Upon consideration of the November 22, 2022 stipulation to dismiss Defendant-Appellant Launani Assets, LLC's (**Appellant**) appeal with prejudice, filed by Plaintiff-Appellee U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss this appeal with prejudice pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss Appellant's appeal with prejudice is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 12, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge